441 A.2d 793

Cribbs v. Haines, Appellant.

Argued November 9, 1981. Harry R. Ruprecht, for appellant; Mary K. McDonald, Assistant County Solicitor, for appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

Order affirmed.